# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| Juan David Cisneros ) | Case No. |
| ) | 5:23-MJ-00040-01 |
| ) | |
| ) | |
| ) | |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  January 10, 2023  in the county of  Webb  in the  Southern  District of  Texas , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| Title 18 United States Code, Section 922 (g)(1) | it shall be unlawful for any person who has been convicted in any court of a crime punishable by imprisonment for a term exceeding one year possess any firearm or ammunition which has been shipped or transported in interstate or foreign commerce. |

This criminal complaint is based on these facts:

See Attachment A

☑ Continued on the attached sheet.

/s/ Darren Johnson
*Complainant's signature*

Darren Johnson, ATF Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 01/11/2023

*Judge's signature*

City and state:  Laredo, Texas    Christopher Dos Santos, U.S. Magistrate Judge
*Printed name and title*

# ATTACHMENT A

On January 10, 2023, The Webb County Sheriff Office (WCSO) along with the assistance from the Drug Enforcement Administration (DEA) and the Federal Bureau of Investigation (FBI) executed a state search warrant, signed by a Webb County District Judge, at 2919 Pecan Street, Laredo, Texas; the search warrant is in reference to an ongoing WCSO narcotics investigation.

During the execution of the search warrant, WCSO Deputies recovered 5.56-millimeter ammunition from the second-floor bedroom. FBI agents who were at the scene contacted the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) and informed ATF that a previously convicted felon identified as Juan David CISNEROS was sleeping in the second-floor bedroom where the 5.56-millimeter ammunition was found.

WCSO, ATF, and FBI interviewed CISNEROS at the WCSO Substation located on interstate highway 59. After advisement of rights and waiver, CISNEROS told agents that he uses the "5.56 Winchester" ammunition that was found in the second-floor bedroom to shoot a 5.56-millimeter rifle at a friend's ranch. CISNEROS also stated that a known individual purchased the 5.56-millimeter ammunition at a sporting goods store in Laredo, Texas.

CISNEROS told agents that he discharged the 5.56-millimeter rifle approximately sixty (60) times on his birthday, at the ranch, using some of the 5.56-millimeter ammunition that was purchased. CISNEROS stated that his fingerprints should be on the remaining 5.56 millimeter ammunition that was recovered from the 2nd floor bedroom. CISNEROS also stated that he sold the 5.56 millimeter rifle that he used to shoot at his friends ranch. CISNEROS further stated that he is a previously convicted felon and was sentenced to three years imprisonment at a state correctional facility in Pennsylvania.

ATF queried CISNEROS criminal history and discovered that CISNEROS plead guilty to 18 § 903 "Conspiracy- Manufacture, Delivery, or possession with intent to Manufacture or Deliver" at the Court of Common Pleas of York County in the Commonwealth of Pennsylvania, on May, 1, 2014, and was sentenced to three years' probation; in Docket Number: CP-67-CR-00067199-2013.

Preliminary examination of the ammunition determined that the ammunition was manufactured outside the state of Texas and therefore affecting interstate commerce.